

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 23, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33242

    Re:    IN THE INTEREST OF:
          A.N.J., Minor,
          GREENE COUNTY JUVENILE
          OFFICE,
          Petitioner-Respondent,
          vs.
          M.J.,
          Respondent-Appellant.

2.    Case No.  SD32766

    Re:    AMANDA ATNIP,
          Appellant,
          vs.
          BRADLEY ATNIP,
          Respondent,
          ATNIP ENTERPRISES, LLC,
          Respondent.